UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ANDERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>C. BABCOCK, et al.,<br><br>        Defendants. | No.  2:23-cv-02779 TLN AC<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 but did not pay the filing fee or submit a motion to proceed in forma pauperis.  On December 13, 2023, the court directed plaintiff to either submit an in forma pauperis application or pay the filing fee within 30 days.  ECF No. 3.  Plaintiff did not respond to this court order.  On January 24, 2024 the court issued Findings and Recommendations to dismiss this action without prejudice based on plaintiff's failure to comply with a court order.  ECF No. 6.  In response, plaintiff submitted a motion to proceed in forma pauperis along with a certified copy of his prison trust account.  ECF No. 7.  As a result, the court will vacate the Findings and Recommendations and proceed to screen plaintiff's complaint in accordance with 28 U.S.C. § 1915A.

A review of the compliant indicates that plaintiff did not sign it.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the

1

court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to properly screen plaintiff's complaint unless he signs and re-files the complaint.

Accordingly, plaintiff is provided an opportunity to re-file his complaint bearing his signature. Failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 6) issued on January 24, 2024 are VACATED.

2. Within thirty days from the date of this order, plaintiff shall re-file a <u>signed</u> complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: May 28, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2