UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. BABCOCK, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-2779 TLN AC P<br><br>FINDINGS & RECOMMENDATIONS |

By order filed May 29, 2024, plaintiff was ordered to file a signed complaint within thirty days. Plaintiff was warned that his failure to comply would result in a recommendation that this action be dismissed. The thirty day deadline has long since passed, and plaintiff has not filed a signed complaint to properly commence this action, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

////

1

failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 18, 2024

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE