UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. BABCOCK, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-02779-TLN-AC<br><br>**ORDER** |

Plaintiff Terrance Anderson ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 9.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1.　The Findings and Recommendations (ECF No. 9) are ADOPTED IN FULL;

　　2.　The motion to proceed *in forma pauperis* (ECF No. 7) is DENIED as moot; and

1

3.  This action is DISMISSED without prejudice. *See* E.D. Cal. L.R. 110; Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Date: January 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2